# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### Galveston DIVISION

United States Courts
Southern District of Texas
F I L E D

NOV - 2 2022

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Patrice Viera (Pro Se), | § |
| | § |
| Kevin Henry (Pro Se), | § |
| | § |
| Brittany Darbonne (Pro Se), | § |

Petitioners,

| | |
|---|---|
| | § |
| v. | § |
| | § |
| | |
| Joyce Hudman, Brazoria County Clerk; | § |
| | § |
| "Matt" Sebesta Jr., Brazoria County Judge; | § |
| | § |
| Dude Payne, Brazoria County Commissioner | § |
| Precinct 1, | § |
| | § |
| Ryan cade, Brazoria County Commissioner | § |
| Precinct 2; | § |

Stacy Adams, Brazoria County Commissioner
Precinct 3,

David Linder, Brazoria County Commissioner
Precinct 4.

Respondents.

## **Motion For Temporary Restraining Order to Retain 2020 Election Records**

Plaintiffs, Patrice Viera, Kevin Henry, and Brittany Darbonne are requesting the court intervene with the Brazoria County court ruling to dismiss our TRO motion to retain and not destroy all election data from the 2020 local, state, and federal election. We have substantial evidence that the 2020 state and federal elections were indeed held on machines that were not properly certified per *Help America Vote Act of 2002* (HAVA Act) *(52U.S.C. 20901-21145)*. We are currently working on filing our case in the federal court and the retention of all 2020 election data by Brazoria County, Texas government officials is extremely important to our case.

As we moved to exercise our First Amendment Right to petition the government with a TRO it was dismissed for lack of jurisdiction in Brazoria County Court where we reside. Not only did they dismiss our TRO they dismissed our Civil Lawsuit without hearing the merits of the case. They claimed we did not have standing, dismissed on jurisdiction then requested "government immunity" as well.  We are not requiring damages to be paid, just preservation of records. It is extremely important and time sensitive to have Brazoria County, Texas Court retain these documents. The law states that all election data is to be preserved for 22 months after the election, and we are now outside of that time frame. However, the TRO was filed in Brazoria County Court within this 22 month timeframe. With this being a federal election case and our local court being of no assistance with our grievances, we have decided to move our petition to Federal Court.

## Conclusion

The people of the State of Texas bore risks here. With zero say in the matter our rights were risked and violated. We the People of the State of Texas were to be the beneficiaries of a well executed and legal process that was signed into law to secure our trust and our voice. We instead have been the beneficiaries of insufficient oversight, invalid contracts, mismanagement and gross negligence. This has attacked our entire state and renders the outcomes said to be assured by these systems of accountability to be null and void. These are facts!

Respectfully submitted,

Patrice Viera (Pro Se) _____Nov 1, 2022

19329 CR 319 Brazoria, Texas 77422.   (979)313-6572.   ranch.family@hotmail.com

Kevin Henry (Pro Se) _____Nov 1, 2022

4849 CR 747A Brazoria, Texas 77422.   (979)236-6511.   kevin@liquidridestx.com

Brittany Darbonne (Pro Se) _____Nov 1, 2022

1503 Avenue I Danbury, Texas 77534.   (979)313-0285.   badarbonne@gmail.com

## *Certificate of Service*

On Nov 2, 2022 I filed the foregoing documents with the clerk of court for the U.S. District Court, Southern District of Texas (Galveston). I hereby certify that I have served the documents on Jesse M. Blakley, Jr. for all respondents by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

Respondent's Counsel

Jesse M. Blakley, Jr

111 E Locust St #408a

Angleton, Texas 77515

(979)864-1233

jblakley@brazoriacountytx.gov

Kevin C. Henry _____Nov 2nd 2022

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON, TEXAS

| | | |
|---|---|---|
| Patrice Viera, acting *pro se*, | § | |
| Kevin Henry, acting *pro se*, | § | |
| Brittany Darbonne, acting *pro se*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. ___ msc____ |
| vs. | § | |
| | § | |
| Joyce Hudman, Brazoria County Clerk | § | |
| "Matt" Sebesta, Jr., Brazoria County Judge | § | |
| Dude Payne, Brazoria County Commissioner, | § | |
| Precinct 1, | § | |
| Ryan Cade, Brazoria County Commissioner, | § | |
| Precinct 2, | § | |
| Stacy Adams, Brazoria County Commissioner, | § | |
| Precinct 3, | § | |
| David Linder, Brazoria County Commissioner, | § | |
| Precinct 4, | § | |
| | § | |
| Defendants, | § | |

## <u>ORDER</u>

Having considered the motion for temporary restraining order to retain 2020 election records past the time set forth by statute, and appreciating the frustration of plaintiffs in having their request denied by state courts, this Court finds the motion to have merit, and hereby

ORDERS Defendants to secure all 2020 election records until pending a hearing on this matter for a preliminary injunction.

SIGNED on Galveston Island this ____ day of _____, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE