# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 31 2023

Nathan Ochsner, Clerk of Court

Civil Action No. 3:22-cv-386

| | |
|---|---|
| PATRICE VIEIRA, *ET AL.*, § <br> Plaintiffs, § <br> v. § <br> JOYCE HUDMAN, *ET AL.*, § <br> Defendants. § § | Notice of Appeal |

Notice is hereby given that all Plaintiffs in the above named case, hereby appeal against all Defendants to the United States Court of Appeals for the Fifth Circuit from the order and final judgment dismissing this case, entered in this action on the 2nd day of May, 2023.

Dated: May 31, 2023

/s/Patrice Vieira
19329 CR 319
Brazoria, Texas 77422
979-319-6572
Ranch.family@hotmail.com

/s/Kevin C. Henry
4849 CR 747A
Brazoria, Texas 77422
979-236-6511
Kevin@liquidridestx.com

/s/Brittany A. Darbonne
1503 Avenue I
Danbury, Texas 77534
979-319-0285
Badarbonne@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was field with the Court on May 31, 2023 and served by electronic mail address as follows to counsel for all Defendants. Jesse M. Blakley, 111 E. Locust St., Suite 513A, Angleton, TX 77515, Jblakley@brazoriacountytx.Gov.

/s/Kevin C. Henry